UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EXHIBIT A

---------------------------------------------------------------X

ESAUR SANCHEZ, *individually and on behalf of others similarly situated*,

2:18-CV-402-JLL-CLW

Plaintiff,

ECF Case

-against-

30 MINUTE OIL CHANGE LLC (D/B/A 30 MINUTE OIL CHANGE), ELIO VARONA and ALIOSKA ALONSO,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendants.

---------------------------------------------------------------X

IT IS HERBY STIPUATED and agreed by and between the undersigned attorneys for the parties that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorney's fees.

**Plaintiff**

Sara Isaacson, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
*Attorneys for Plaintiff*

**Defendants**

Michael K. Chong, Esq.
MKC Law Group LLC
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 720
Fort Lee, NJ 07024
*Attorneys for Defendants*

So ordered
CWall
11/26/18